# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

143908 & (13)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JAMES SCOTT ALTMAN,
   Defendant-Appellant.

SC: 143908
COA: 303448
Midland CC: 05-002297-FC

_____/

   On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the September 20, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

Clerk

y0319